AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| CENTER FOR BIOLOGIAL DIVERSITY; and FRIENDS OF THE EARTH,<br><br>*Plaintiff(s)*<br>v.<br>NOAA FISHERIES; CHRIS OLIVER, Assistant Administrator for Fisheries; U.S. COAST GUARD; ADMIRAL KARL L. SCHULTZ, Commandant, U.S. Coast Guard<br>*Defendant(s)* | Civil Action No.  4:21-cv-345 KAW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  NOAA Fisheries
1315 East-West Highway
Silver Spring, MD 20910

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brian Segee
CENTER FOR BIOLOGICAL DIVERSITY
660 S. Figueroa St., Suite 1100
Los Angeles, CA 90017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date:  1/15/2021

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| CENTER FOR BIOLOGIAL DIVERSITY; and FRIENDS OF THE EARTH, *Plaintiff(s)* <br> v. <br> NOAA FISHERIES; CHRIS OLIVER, Assistant Administrator for Fisheries; U.S. COAST GUARD; ADMIRAL KARL L. SCHULTZ, Commandant, U.S. Coast Guard *Defendant(s)* | Civil Action No. 4:21-cv-345 KAW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Chris Oliver, Assistant Administrator for Fisheries
NOAA Fisheries
1315 East-West Highway
Silver Spring, MD 20910

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brian Segee
CENTER FOR BIOLOGICAL DIVERSITY
660 S. Figueroa St., Suite 1100
Los Angeles, CA 90017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date: 1/15/2021

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| CENTER FOR BIOLOGIAL DIVERSITY; and FRIENDS OF THE EARTH,<br><br>*Plaintiff(s)*<br>v.<br>NOAA FISHERIES; CHRIS OLIVER, Assistant Administrator for Fisheries; U.S. COAST GUARD; ADMIRAL KARL L. SCHULTZ, Commandant, U.S. Coast Guard<br>*Defendant(s)* | Civil Action No. 4:21-cv-345 KAW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Commandant CG-LCL
US Coast Guard HQ
2703 Martin Luther King Jr. Ave, S.E., Stop 7213
Washington, D.C. 20593-7213

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Brian Segee
CENTER FOR BIOLOGICAL DIVERSITY
660 S. Figueroa St., Suite 1100
Los Angeles, CA 90017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date: 1/15/2021

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| CENTER FOR BIOLOGIAL DIVERSITY; and FRIENDS OF THE EARTH, <br><br> *Plaintiff(s)* <br><br> v. <br><br> NOAA FISHERIES; CHRIS OLIVER, Assistant Administrator for Fisheries; U.S. COAST GUARD; ADMIRAL KARL L. SCHULTZ, Commandant, U.S. Coast Guard <br><br> *Defendant(s)* | Civil Action No.  4:21-cv-345 KAW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Admiral Karl L. Schultz, Commandant
Commandant CG-LCL
US Coast Guard HQ
2703 Martin Luther King Jr. Ave, S.E., Stop 7213
Washington, D.C. 20593-7213

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brian Segee
CENTER FOR BIOLOGICAL DIVERSITY
660 S. Figueroa St., Suite 1100
Los Angeles, CA 90017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date:  1/15/2021

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| CENTER FOR BIOLOGIAL DIVERSITY; and FRIENDS OF THE EARTH, *Plaintiff(s)* v. NOAA FISHERIES; CHRIS OLIVER, Assistant Administrator for Fisheries; U.S. COAST GUARD; ADMIRAL KARL L. SCHULTZ, Commandant, U.S. Coast Guard *Defendant(s)* | Civil Action No. 4:21-cv-345 KAW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brian Segee
CENTER FOR BIOLOGICAL DIVERSITY
660 S. Figueroa St., Suite 1100
Los Angeles, CA 90017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
*Susan Y. Soong*

Date:  1/15/2021

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| CENTER FOR BIOLOGIAL DIVERSITY; and FRIENDS OF THE EARTH,<br><br>*Plaintiff(s)*<br><br>v.<br><br>NOAA FISHERIES; CHRIS OLIVER, Assistant Administrator for Fisheries; U.S. COAST GUARD; ADMIRAL KARL L. SCHULTZ, Commandant, U.S. Coast Guard<br><br>*Defendant(s)* | Civil Action No. 4:21-cv-345 KAW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Civil Process Clerk
David L. Anderson, United States Attorney
Federal Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brian Segee
CENTER FOR BIOLOGICAL DIVERSITY
660 S. Figueroa St., Suite 1100
Los Angeles, CA 90017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date: 1/15/2021

*Signature of Clerk or Deputy Clerk*