Brian Segee (Bar No. 200795)
Center for Biological Diversity
660 S. Figueroa Street, Suite 1000
Los Angeles, CA 90017
Phone: (805) 750-8852
Email: bsegee@biologicaldiversity.org

Catherine Kilduff (Bar No. 256331)
Kristen Monsell (Bar No. 304793)
Center for Biological Diversity
1212 Broadway, Suite #800
Oakland, CA 94612
tel: (510) 844-7100
fax: (510) 844-7150
email: ckilduff@biologicaldiversity.org
kmonsell@biologicaldiversity.org

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Center for Biological Diversity, et al. | Case No.: 4:21-cv-00345-KAW |
| Plaintiffs, | **AFFIDAVIT OF SERVICE** |
| v. | |
| NOAA Fisheries, *et al*. | |
| Defendants. | |

I hereby certify that on January 15, 2021, the Complaint; Civil Cover Sheet; Corporate Disclosure Statement; Notice of Case Assignment to Magistrate Judge; Magistrate Consent Form; and Issued Summons were sent to the following parties by certified mail pursuant to Federal Rules of Civil Procedure Rule 4 (i)(1)(A)(ii) and (i)(2):

NOAA Fisheries
1315 East-West Highway
Silver Spring, MD 20910

Admiral Karl L. Schultz, Commandant
Commandant CG-LCL
US Coast Guard HQ

---

Affidavit of Service                                                                                                   Page 1

Chris Oliver, Assistant Administrator
NOAA Fisheries
1315 East-West Highway
Silver Spring, MD 20910

Commandant CG-LCL
US Coast Guard HQ
2703 MLK Jr. Ave., S.E. Stop 7213
Washington, D.C. 20593-7213

2703 MLK Jr. Ave., S.E. Stop 7213
Washington, D.C. 20593-7213

United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

Civil Process Clerk
David L. Anderson, United States Attorney
Federal Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

Receipts and delivery confirmation for Defendants U.S. Coast Guard and U.S. Coast Guard Commandant Karl L. Schulz, the United States Attorney General, and the U.S. Attorney for the Northern District are attached as Exhibit A. As also demonstrated in Exhibit A, the mailings to NOAA Fisheries and NOAA Fisheries Assistant Administrator Chris Oliver left the U.S. Postal Service local distribution center on January 21, 2021 but are still awaiting delivery confirmation. Plaintiffs have repeatedly experienced difficulty serving NOAA Fisheries in prior litigation; in particular, mailings are delivered to the agency but then are not scanned or processed to show delivery confirmation.

Respectfully Submitted this 5th day of February, 2021.

s/ Brian Segee
Brian Segee (Bar No. 200795)
Center for Biological Diversity
660 S. Figueroa Street, Suite 1000
Los Angeles, CA 90017
(805) 750-8852
bsegee@biologicaldiversity.org

Attorney for Plaintiffs

# Exhibit A







**ALERT: USPS IS EXPERIENCING UNPRECEDENTED VOLUME INCREASES AND LIMITED EMPLOYEE AV…**

## USPS Tracking®

FAQs >

**Track Another Package +**

Remove ✕

**Tracking Number:** 70202450000006302052

Your package will arrive later than expected, but is still on its way. It is currently in transit to the next facility.

## In-Transit

January 25, 2021
In Transit, Arriving Late

**Get Updates** ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

January 25, 2021
In Transit, Arriving Late
Your package will arrive later than expected, but is still on its way. It is currently in transit to the next facility.

---

January 21, 2021, 2:05 am
Departed USPS Regional Destination Facility
GAITHERSBURG MD DISTRIBUTION CENTER

---

January 20, 2021, 1:17 pm
Arrived at USPS Regional Destination Facility
GAITHERSBURG MD DISTRIBUTION CENTER

---

January 15, 2021, 10:01 pm
Arrived at USPS Regional Origin Facility
SANTA BARBARA CA DISTRIBUTION CENTER

---

Feedback

January 15, 2021, 11:37 am
USPS in possession of item
OJAI, CA 93023

**Product Information** ˅

See Less ˄

**Tracking Number:** 70202450000006302014                                      Remove ✕

Your item was delivered to an individual at the address at 12:47 pm on January 19, 2021 in SAN FRANCISCO, CA 94102.

 **Delivered**

January 19, 2021 at 12:47 pm
Delivered, Left with Individual
SAN FRANCISCO, CA 94102

Get Updates ˅

See More ˅

**Tracking Number:** 70202450000006302069                                      Remove ✕

Your package will arrive later than expected, but is still on its way. It is currently in transit to the next facility.

**In-Transit**

January 25, 2021
In Transit, Arriving Late

Get Updates ˅

Feedback

Text & Email Updates ⌄

Tracking History ⌃

January 25, 2021
In Transit, Arriving Late
Your package will arrive later than expected, but is still on its way. It is currently in transit to the next facility.

January 21, 2021, 2:05 am
Departed USPS Regional Destination Facility
GAITHERSBURG MD DISTRIBUTION CENTER

January 20, 2021, 1:17 pm
Arrived at USPS Regional Destination Facility
GAITHERSBURG MD DISTRIBUTION CENTER

January 15, 2021, 10:01 pm
Arrived at USPS Regional Origin Facility
SANTA BARBARA CA DISTRIBUTION CENTER

Feedback

January 15, 2021, 11:37 am
USPS in possession of item
OJAI, CA 93023

Product Information ⌄

See Less ⌃

Remove ✕

**Tracking Number:** 70202450000006302021

Your item was delivered at 5:57 am on January 22, 2021 in WASHINGTON, DC 20530.


**Delivered**

January 22, 2021 at 5:57 am  
Delivered  
WASHINGTON, DC 20530

Get Updates ∨

See More ∨

**Tracking Number:** 70202450000006302045                                     Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 10:34 am on January 21, 2021 in WASHINGTON, DC 20593.

⊘ **Delivered**

January 21, 2021 at 10:34 am  
Delivered, Front Desk/Reception/Mail Room  
WASHINGTON, DC 20593

Get Updates ∨

See More ∨

Feedback

**Tracking Number:** 70202450000006302038                                     Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 10:34 am on January 21, 2021 in WASHINGTON, DC 20593.

⊘ **Delivered**

January 21, 2021 at 10:34 am  
Delivered, Front Desk/Reception/Mail Room  
WASHINGTON, DC 20593

Get Updates ∨

See More ∨