# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Center for Biological Diversity, *et al.*

    Plaintiffs,

v.

NOAA Fisheries, *et al.*

    Defendants.

Case No.: 4:21-cv-00345-KAW

**[PROPOSED] ORDER**

The Court, having considered the parties' cross-motions for summary judgment, and for good cause shown, hereby:

GRANTS Plaintiffs' Motion for Summary Judgment;

DENIES Federal Defendants' Cross-Motion for Summary Judgment; and

ORDERS that, within 10 days, the parties shall propose a briefing schedule to address the appropriate remedy.

DATED: _____

                                                           HON. KANDIS A. WESTMORE
                                                           United States Magistrate Judge