UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NOAA FISHERIES, et al., <br><br> Defendants. | Case No. 4:21-cv-00345-KAW <br><br> **JUDGMENT** <br><br> Re: Dkt. No. 53 |

On December 7, 2022, the Court granted Plaintiffs' motion for summary judgment and denied Defendants' cross-motion for summary judgment. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Plaintiffs and against Defendants. The Clerk of Court shall close the file in this matter.

IT IS SO ORDERED.

Dated: December 7, 2022

_____
KANDIS A. WESTMORE
United States Magistrate Judge