TODD KIM
Assistant Attorney General
S. JAY GOVINDAN
Section Chief
FREDERICK H. TURNER (Maryland Bar)
Senior Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 305-0641
Fax: (202) 305-0275
Email: frederick.turner@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NOAA FISHERIES, *et al.*,[1] <br><br> Defendants. | Case No. 4:21-cv-345-KAW <br><br> **DEFENDANTS' NOTICE OF APPEAL** |

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Admiral Linda L. Fagan, in her official capacity as Commandant of the U.S. Coast Guard, is automatically substituted for Admiral Karl L. Schultz.

Pursuant to Federal Rules of Appellate Procedure 3 and 4 and 28 U.S.C. § 1291, notice is hereby given that Defendants National Oceanic and Atmospheric Administration (NOAA) Fisheries; Janet Coit, in her official capacity as Assistant Administrator for Fisheries; the U.S. Coast Guard; and Admiral Linda L. Fagan, in her official capacity as Commandant of the U.S. Coast Guard, appeal to the United States Court of Appeals for the Ninth Circuit from the Court's December 7, 2022 Order and December 7, 2022 Judgment. Copies of these two documents are attached.

Dated: February 6, 2023            Respectfully submitted,

                                                          TODD KIM
                                                          Assistant Attorney General
                                                          S. JAY GOVINDAN
                                                          Section Chief

OF COUNSEL:
                                                           _/s/ Frederick H. Turner_
BRIAN JUDGE                         FREDERICK H. TURNER (Maryland Bar)
U.S. Coast Guard                    Senior Trial Attorney
Office of Claims and Litigation     U.S. Department of Justice
Washington, DC                    Environment and Natural Resources Division
                                                          Wildlife and Marine Resources Section
KATHRYN KEMPTON           Ben Franklin Station, P.O. Box 7611
U.S. Department of Commerce    Washington, D.C. 20044-7611
NOAA, Office of General Counsel  Phone: (202) 305-0641
Southwest Section                  Fax: (202) 305-0275
Long Beach, CA                  Email: frederick.turner@usdoj.gov

                                                          _Attorneys for Defendants_

Defs.' Notice of Appeal                                      U.S. Department of Justice
                                                                      Environment & Natural Resources Division
No. 4:21-cv-345-KAW                 1                    Washington, DC 20044-7611

**CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system, which will serve a copy of the same on the counsel of record.

*/s/ Frederick H. Turner*
FREDERICK H. TURNER (Maryland Bar)
Senior Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 305-0641
Fax: (202) 305-0275
Email: frederick.turner@usdoj.gov

*Attorney for Defendants*

Defs.' Notice of Appeal
No. 4:21-cv-345-KAW

2

U.S. Department of Justice
Environment & Natural Resources Division
Washington, DC  20044-7611