# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CENTER FOR BIOLOGICAL DIVERSITY, *et al*.

Plaintiffs,

v.

NOAA FISHERIES, *et al*.

Defendants.

Case No.: 4:21-cv-00345-KAW

[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE MOTION FOR ATTORNEYS' FEES

    The Parties filed a stipulation under Civil L.R. 6-2 to extend Plaintiffs' deadline to file a motion for attorneys' fees by an additional 60 days.

    Having reviewed the submission, the Court ORDERS that the Stipulated Request is GRANTED, and Plaintiffs' deadline to file a motion for attorneys' fees is extended by 60 days, until October 13, 2023.

DATED: August ___, 2023

By:_____
HON. KANDIS A. WESTMORE
U.S. MAGISTRATE JUDGE