Catherine Kilduff (Bar No. 256331)
Kristen Monsell (Bar No. 304793)
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612
tel: (510) 844-7100
fax: (510) 844-7150
email: ckilduff@biologicaldiversity.org
email: kmonsell@biologicaldiversity.org

Brian Segee (Bar No. 200795)
Center for Biological Diversity
660 S. Figueroa Street, Suite 1000
Los Angeles, CA 90017
tel: (805) 750-8852
email: bsegee@biologicaldiversity.org

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>NOAA FISHERIES, *et al.*,<br><br>Defendants. | Case No.: 4:21-cv-00345-KAW<br><br>**THIRD STIPULATED REQUEST TO EXTEND TIME TO FILE MOTION FOR ATTORNEYS' FEES**<br><br>**and**<br><br>**[PROPOSED] ORDER**<br><br>(Civ. L.R. 6-2) |

WHEREAS, the Court entered judgment pursuant to Federal Rule of Civil Procedure 58 in the above-entitled case on December 7, 2022 (ECF No. 54);

WHEREAS, consistent with Federal Rule of Civil Procedure 54(d)(2)(B)(i), Civil Local Rule 54-5(a) provides, "[u]nless otherwise ordered by the Court after a stipulation to enlarge

time under Civil L.R. 6-2 . . . motions for awards of attorney's fees by the Court must be served and filed within 14 days of entry of judgment by the District Court";

WHEREAS, on December 19, 2022, the Court granted Plaintiffs' unopposed motion to extend time to file motion for attorneys' fees, extending Plaintiffs' deadline to file a motion until either: (1) 90 days after the Court's entry of judgment, or until March 7, 2023, provided no party files a timely notice of appeal or motion to alter or amend judgment; or (2) 60 days after the resolution of any motion to alter or amend judgment and/or any appeals, whichever is later. ECF No. 56;

WHEREAS, on February 6, 2023, Defendants filed a Notice of Appeal of the Court's December 7, 2022, Order and Judgment to the Ninth Circuit Court of Appeals. ECF No. 59;

WHEREAS, on June 13, 2023, the Ninth Circuit Court of Appeals granted Defendants motion to dismiss the appeal. ECF No. 61;

WHEREAS, according to the terms of the Court's December 19, 2022, Order granting Plaintiffs' unopposed motion to extend time to file motion for attorneys' fees, Plaintiffs' motion was due 90 days after the Ninth Circuit's June 13, 2023 granting of Defendants motion to dismiss appeal, which was August 14, 2023;

WHEREAS, on August 11, 2023, the Court granted the Parties' Stipulated Request for an extension of time until October 13, 2023. ECF No. 64;

WHEREAS, on October 17, 2023, the Court granted the Parties' second Stipulated Request for an extension of the deadline until December 12, 2023. ECF No. 66;

WHEREAS, the Parties have been negotiating in good faith, are hopeful that they may be able to amicably resolve any dispute as to fees without the Court's involvement, and need additional time to do so[1];

WHEREAS, there have been three previous time modifications of post-judgment deadlines in this case: an unopposed motion to extend time to file motion for attorneys' fees

---

[1] By joining this stipulation, Defendants do not agree that Plaintiffs are entitled to recover attorneys' fees in this case, or to the amount of any such fees. Defendants do not waive any objection or defense they may have to Plaintiffs' claim for attorneys' fees.

(ECF No. 55) and two stipulated requests to extend time to file a motion for attorneys' fees (ECF No. 62, 65);

NOW THEREFORE, the parties, by and through their undersigned counsel of record, hereby stipulate and request that the deadline to file a motion for an award of attorneys' fees be extended for fifty-nine additional days, or until February 9, 2024.

Respectfully submitted this 8th of December, 2023.

/s/ *Catherine Kilduff*
/s/ *Kristen Monsell*
Catherine Kilduff (Bar No. 256331)
Kristen Monsell (Bar No. 304793)
Center for Biological Diversity
1212 Broadway, Suite #800
Oakland, CA 94612
tel: (510) 844-7100
email: ckilduff@biologicaldiversity.org
email: kmonsell@biologicaldiversity.org

/s/ *Brian Segee*
Brian Segee (Cal. Bar No. 200795)
Center for Biological Diversity
660 S. Figueroa Street, Suite 1000
Los Angeles, CA 90017
tel: (805) 750-8852
email: bsegee@biologicaldiversity.org


*Attorneys for Plaintiffs*


TODD KIM
Assistant Attorney General
S. JAY GOVINDAN
Section Chief

/s/ *Frederick H. Turner*
FREDERICK H. TURNER (Maryland Bar)
Senior Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 305-0641

Fax: (202) 305-0275
Email: frederick.turner@usdoj.gov

*Attorneys for Defendants*

**ECF ATTESTATION**

In accordance with Civil Local Rule 5(i)(3), I, Catherine Kilduff, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

*/s/ Catherine Kilduff*
CATHERINE KILDUFF