# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,   )<br>                                          )<br>       Plaintiffs,                       )<br>                                          )<br>       v.                                )<br>                                          )<br>NOAA FISHERIES, *et al.*,                )<br>                                          )<br>       Defendants.                       )<br>_____) | Case No. 4:21-cv-345-KAW<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO RESOLVE PLAINTIFFS' CLAIMS FOR ATTORNEYS' FEES AND COSTS** |

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Defendants shall pay and Plaintiffs shall accept $195,000.00 in full satisfaction of any and all of Plaintiffs' claims, demands, rights, and causes of action, pursuant to Section 11(g) of the Endangered Species Act, 16 U.S.C. § 1540(g), the Equal Access to Justice Act, 28 U.S.C. § 2412(d), or any other statute and/or common law theory, for attorneys' fees and costs incurred in connection with the lawsuit.

Dated: January 29, 2024

_____
HON. KANDIS A. WESTMORE
United States Magistrate Judge